IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-175-MOC-DCK

| ARNOLD & SMITH, PLLC, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| ARNOLD & SMITH LAW, PLLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Designation Of Mediator" (Document No. 21) filed December 4, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Designation Of Mediator" (Document No. 21) is **GRANTED**. Rodrick J. Enns, Esq. is designated as the parties' Mediator in this action.

**SO ORDERED**.

Signed: December 4, 2024

David C. Keesler
United States Magistrate Judge